UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>LIDIA CARRASCO, LIDIA TREJO, SORAYA TREJO, JOSHUA DE LA GARZA, a minor, DAVID DE LA GARZA, ROBERTO DE LA GARZA, JOSE DE LA GARZA III, BLANCA ESTELE DE LA GARZA, AND THE ESTATE OF JOSE DE LA GARZA, JR.,<br><br>        Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIM.<br>_____ | 1:05-cv-00846 OWW LJO<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference: 12/16/05 8:45 Ctrm. 2 |

I.   Date of Scheduling Conference.

    October 26, 2005.

II.  Appearances Of Counsel.

    Pohls & Associates by Robert R. Pohls, Esq., appeared on behalf of Plaintiff.

    Law Offices of Timothy J. Lemucchi by Craig A. Edmonston, Esq., appeared on behalf of Defendants.

///

III.  Summary of Pleadings.

 1. Robert R. Pohls and Stacey L. Leask of Pohls & Associates represent Primerica Life.

 2. Timothy J. Lemucchi and Craig A. Edmonston of the Law Offices of Timothy J. Lemucchi represent defendants Lydia Carrasco, Lidia Trejo and Soraya Trejo.

 3. Although the remaining defendants have, at different times, communicated with Primerica Life and the attorneys for defendants Lydia Carrasco, Lidia Trejo and Soraya Trejo through two different attorneys, neither of those attorneys has formally appeared in this action.  In addition, none of the remaining defendants has responded to Primerica Life's requests that they formally waive service of process.  At this time, then, defendants Joshua De La Garza (a minor), David De La Garza, Roberto De La Garza, Jose De La Garza III, Blanca Estele De La Garza and The Estate of Jose De La Garza, Jr., are unserved and unrepresented in this action.

 4. This is an interpleader action which involves competing claims to the proceeds of an insurance policy that Primerica Life issued to insure the lives of Jose De La Garza, Jr., and certain other individuals.

 5. Jose De La Garza, Jr., died as the result of a homicide on September 23, 2004.  By reason of his death, the total proceeds due and owing under the Policy was the sum of $700,000, plus interest.

 6. At all times, Primerica Life has been ready, willing and able to pay the proceeds of Mr. De La Garza's coverage under the policy to the person(s) legally entitled thereto.  However,

by reason of actual and potential conflicting claims to those proceeds, Primerica Life does not know and cannot determine the person(s) legally entitled to those proceeds.  In particular, the following persons make (or may make) the following claims to the proceeds of Mr. De La Garza's coverage under the policy:

      a.  <u>Lydia Carrasco</u>: Ms. Carrasco claims that she is entitled to the proceeds as the primary beneficiary identified in the policy;

      b.  <u>Lidia Trejo, Soraya Trejo, Joshua De La Garza, David De La Garza, Roberto De La Garza and Jose De La Garza III</u>:  These several defendants claim (or may claim) that they are entitled to the proceeds because they are among the contingent beneficiaries identified in the policy and California Probate Code Section 252 requires that any proceeds which are payable by reason of Mr. De La Garza's death be distributed as if Lydia Carrasco predeceased him;

      c.  <u>Blanca De La Garza</u>:  Mrs. De La Garza claims that she is entitled to the proceeds because she is Mr. De La Garza's surviving spouse and therefore has a community property interest in the policy and proceeds which are payable by reason of Mr. De La Garza's death.

      d.  <u>Estate of Jose De La Garza, Jr.</u>:  The estate claims (or may claim) to be entitled to the proceeds because the policy does not identify any contingent beneficiaries and California Probate Section 252 requires that any proceeds which are payable by reason of Mr. De La Garza's death be distributed as if Lydia Carrasco predeceased him.

    7.  Primerica Life deposited the proceeds of Mr. De La

Garza's coverage under the policy, plus interest, with the Clerk of the Court when it filed the complaint herein.  Having done so, Primerica Life maintains that it is entitled to a judgment in interpleader which discharges it of any further liability by reason of Mr. De La Garza's death and which, in accordance with California Code of Civil Procedure Section 386.6, directs that its attorneys' fees and costs be repaid from the proceeds on deposit with the Court.

IV.   Orders Re Amendments To Pleadings.

   1.   The parties do not anticipate filing any amendments to the pleadings at this time.

V.   Factual Summary.

   A.   Admitted Facts Which Are Deemed Proven Without Further Proceedings.

      1.   In this interpleader action Plaintiff has no interest in the proceeds of Mr. De La Garza's coverage under the insurance policy and until it deposited those proceeds with the Clerk of the Court, was a mere stakeholder of the proceeds.

      2.   Primerica Life does not contest any Defendant's claims to the proceeds of Mr. De La Garza's coverage under the policy.

      3.   Although Lydia Carrasco, Lidia Trejo and Soraya Trejo do not contest Primerica Life's right to a judgment in interpleader, they reserve the right to contest related attorneys fees and costs.

      4.   Defendants also contest claims that each other Defendant makes to the proceeds of the policy.

///

    B.    Contested Facts.

        1.    All remaining facts are contested.

VI.    Legal Issues.

    A.    Uncontested.

        1.    Jurisdiction exists under 28 U.S.C. § 1332 and 28 U.S.C. § 1355.

        2.    Venue is proper under 28 U.S.C. § 1392.

        3.    The parties agree that the substantive law of the State of California provides the rule of decision in this case.

    B.    Contested.

        1.    All remaining legal issues are contested.

VII.    Status of Case.

    1.    Due to the lack of service of a number of the parties, a further scheduling conference shall be held on December 16, 2005, at 8:45 a.m.  The parties will endeavor to complete service of all parties in this case by that time.

DATED:  October 26, 2005.

                                          /s/ OLIVER W. WANGER
                                          Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

primerica v. carrasco sch con