UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>LIDIA CARRASCO, LIDIA TREJO, SORAYA TREJO, JOSHUA DE LA GARZA, a minor, DAVID DE LA GARZA, ROBERTO DE LA GARZA, JOSE DE LA GARZA III, BLANCA ESTELLE DE LA GARZA, AND THE ESTATE OF JOSE DE LA GARZA, JR.,<br><br>             Defendants.<br><br>AND RELATED CROSS-CLAIM. | 1:05-cv-00846 OWW LJO<br><br>SCHEDULING CONFERENCE ORDER AND ORDER RE STIPULATIONS TO REMAND |

I.   Date of Scheduling Conference.

     February 1, 2006.

II.  Appearances Of Counsel.

     Pohls & Associates by Robert R. Pohls, Esq., appeared on behalf of Plaintiff.

     Timothy J. Lemucchi, Esq., and Craig A. Edmonston, Esq., appeared on behalf of Defendants.

     Rules & Peer by Sean B. Dean, Esq., appeared on behalf of

1

the Intervenor Merit Life Insurance Company.

    Jay Renneisen, Esq., appeared on behalf of the Defendants Joshua De La Garza, a minor, David De La Garza, Robert De La Garza, the Estate of Jose De La Garza, Jr., and Blanca De La Garza.

III.  Status of the Case.

    1.  The parties have consulted and agree in this case that the insurers' claims for interpleader should be granted and orders entered discharging the two insurers from further participation in the lawsuit.

    2.  Pursuant to a global stipulation, upon the entry of orders for the discharge of the insurers, the remaining parties who are the litigants disputing entitlement to the interpled funds, shall return to State Court in Case No. 1:05-cv-1199 REC SMS consolidated with 1:05-cv-00846 OWW LJO.

    3.  The parties will also provide, in their stipulation for entry of judgment in the interpleader cases, a provision whereby the interpled funds shall be transferred by the Clerk of the United States District Court of the Eastern District of California, Fresno Division, to the Clerk of the Superior Court of California for the County of Kern, upon remand of the cases.

    4.  The parties shall file their stipulation and request for entry of judgment within thirty (30) days on or before March 3, 2006.

    5.  The underlying parties who dispute entitlement to the funds shall be authorized to conduct discovery.  The insurers shall not be required to participate in that discovery and shall not be prejudiced by that discovery in anticipation of their

1 | dismissal from these lawsuits.
2 |
3 | SO ORDERED.
4 |
5 | DATED:   February 1, 2006.
6 |                                         /s/ OLIVER W. WANGER
7 |                                       _____
8 |                                             Oliver W. Wanger
  |                                       UNITED STATES DISTRICT JUDGE
9 | primerica v. carrasco sch con 3