Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**Pohls & Associates**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Plaintiff
**Primerica Life Insurance Company**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LIDIA CARRASCO, LIDIA TREJO, SORAYA TREJO, JOSHUA DE LA GARZA, a minor, DAVID DE LA GARZA, ROBERTO DE LA GARZA, JOSE DE LA GARZA III, BLANCA ESTELE DE LA GARZA, and THE ESTATE OF JOSE DE LA GARZA, JR.,<br><br>Defendants. | Case No. CV05-00846 OWW LJO<br><br>(Consolidated With:<br>Case No. 1:05-CV-01199 REC SMS)<br><br>**STIPULATED JUDGMENT IN INTERPLEADER AND DISMISSAL** |

AND RELATED CROSS-CLAIMS.
_____/

Having reviewed the parties' Stipulation and Order for Entry of Judgment in Interpleader, Distribution of Proceeds and Dismissal, and it appearing that plaintiff Primerica Life Insurance Company ("Primerica") has brought this action in interpleader, that this Court has jurisdiction of the parties and of the subject herein, and that good cause appears therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  Primerica Life properly filed its Complaint in Interpleader herein, and this is a proper cause for interpleader;

**STIPULATED JUDGMENT IN INTERPLEADER AND DISMISSAL**
**Case No. CV05-00846 OWW LJO**                                                                 **Page 1**

PDF created with pdfFactory trial version www.pdffactory.com

2.  By reason of the death of Jose De La Garza, Jr. (the "Decedent") on or about September 23, 2004, the sum of $700,000.00 (the "Insurance Proceeds") became payable under Primerica Life's life insurance policy number 04-67089605 (the "Policy");

3.  The Carrasco Defendants and the De La Garza Defendants each have claimed all or some portion of the Insurance Proceeds, and no other person or entity has made a claim to those Insurance Proceeds;

4.  Having deposited the Insurance Proceeds, plus interest, with the Clerk of the United States District Court in and for the Central District of California in April 2005 (which funds now are on deposit with the registry of this Court), Primerica Life and its agents be and hereby are released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

5.  Primerica Life be and hereby is awarded the sum of $7,000.00 for its reasonable attorneys' fees and costs incurred in connection with this action and the Clerk of this Court be and hereby is directed to pay such amount, from and out of the funds deposited herein, by check made payable to "Primerica Life Insurance Company" and delivered to Primerica Life's attorneys of record;

6.  Joshua De la Garza, David De la Garza, Heriberto De la Garza, and Jose De la Garza III each be and hereby are awarded the sum of $7,500.00, and the Clerk of this Court be and hereby is directed to pay the total sum of $30,000.00 from and out of the funds deposited herein, by check made payable to "Joshua De la Garza, David De la Garza, Heriberto De la Garza, Jose De la Garza III and their attorney, Jay P. Renneisen, Esq." and delivered to the attorney of record for defendants Joshua De la Garza, David De la Garza, Heriberto De la Garza and Jose De la Garza III;

7.  Lydia Carrasco be and hereby is awarded the remainder of the funds deposited herein (including any interest that may have been earned on the Insurance Proceeds), and the Clerk of this Court be and hereby is directed to pay the remainder of the funds deposited herein (including any interest that may have been earned on the Insurance Proceeds) by check made payable to "Lydia Carrasco and her attorney,

PDF created with pdfFactory trial version www.pdffactory.com

Timothy J. Lemucchi, Esq." and delivered to the attorney of record for defendant Lydia Carrasco;

7.  Upon the Court's payment of the sums described in paragraphs 5, 6 and 7, above, upon the entry of this Stipulated Judgment in Interpleader and Dismissal, the remainder of this action be dismissed in its entirety without further cost to any party.

## <u>ORDER</u>

IT IS SO ORDERED, ADJUDGED AND DECREED.


DATED:  May _24, 2006                    _____/s/ OLIVER W. WANGER____
                                          HON. OLIVER W. WANGER
                                          UNITED STATES DISTRICT JUDGE

**STIPULATED JUDGMENT IN INTERPLEADER AND DISMISSAL**
**Case No. CV05-00846 OWW LJO**                                        **Page 3**

PDF created with pdfFactory trial version www.pdffactory.com